◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES PINKY BROWN, Appellant. [751 NYS2d 799] —Motion for writ of error coram nobis denied. Memorandum: Defendant may raise the CPL 310.30 issue in a motion to vacate the judgment of conviction (*see* CPL 440.10). Present—Pine, J.P., Hayes, Hurlbutt and Kehoe, JJ.